UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID F. YANEZ,

                Plaintiff,

v.

PIERCE COUNTY JAIL, *et al.*,

                Defendants.

Case No. C22-5414-JHC-MLP

ORDER DISMISSING ACTION

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, and the remaining record, hereby ORDERS:

(1)    The Report and Recommendation is approved and adopted.

(2)    Plaintiff's complaint (Dkt. # 7) and this action are DISMISSED, without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B)(ii). The Clerk shall count this dismissal as a strike under 28 U.S.C. § 1915(g).

//

//

ORDER DISMISSING ACTION
PAGE - 1

(3)  The Clerk is directed to send copies of this Order to Plaintiff and to Judge Peterson.

DATED this 24th day of January, 2023.

JOHN H. CHUN
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2